AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.

IREK ILGIZ HAMIDULLIN

Defendant

Case No. 3:14CR140

## ARREST WARRANT

**SEALED DOCUMENTS**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* IREK ILGIZ HAMIDULLIN, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiring to Provide Material Support to Terrorists, in violation of 18 U.S.C. § 2339A (Counts 1 & 2), Conspiring to Destroy a U.S. Military Aircraft, in violation of 18 U.S.C. § 32 (Counts 3 & 4), Conspiring and Attempting to Kill an Officer or Employee of the United States or a Person Assisting, in violation of 18 U.S.C. §§ 1117 & 1114 (Counts 5 & 6), Conspiring to Murder a U.S. National, in violation of 18 U.S.C. § 2332(b) (Counts 7 & 8), Engaging in Physical Violence with Intent to Cause Serious Bodily Injury to a U.S. National, in violation of 18 U.S.C. § 2332(c) (Count 9), Conspiring to Use a Weapon of Mass Destruction, in violation of 18 U.S.C. § 2332a (Count 10), and Conspiring to Possess a Machine Gun and Destructive Device in Furtherance of a Crime of Violence, in violation of 18 U.S.C. § 924(c) & (o) (Counts 11, 12)

Date: 10/08/2014

*Issuing officer's signature*

City and state: Richmond, Virginia

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 10/8/14, and the person was arrested on *(date)* 11/3/14 at *(city and state)* Bagram, Afghanistan. |
| Date: 11/4/14 |
| *Arresting officer's signature* |
| Marlo Arredondo, Special Agent |
| *Printed name and title* |