# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:14CR140-HEH |
| ) | |
| IREK ILGIZ HAMIDULLIN, ) | |
| ) | |
| Defendant. ) | |

## UPDATED SCHEDULING ORDER

The Scheduling Order (ECF No. 29) entered by the Court on November 17, 2014, shall be amended in accordance with this Updated Scheduling Order.

Upon consideration of the joint recommendation of the parties, it is hereby ORDERED that the United States shall produce the relevant classified *Mirandized* and unwarned statements and other FED. R. CRIM. P. 16(a)(1)(B) materials, together with materials relevant to the defendant's conditions of confinement from the date of his capture through May 14, 2010, by **February 27, 2015.** If the government believes that certain of such materials should be withheld from discovery, the government shall notify the Court *ex parte* by **February 18, 2015,** and promptly file the appropriate motion pursuant to section 4 of the Classified Information Procedures Act (CIPA), 18 U.S.C. App. 3, § 4.

It is further ORDERED that any FEDERAL AGENCY or DEPARTMENT that does not produce discoverable information within the aforementioned categories to the defense by **February 27, 2015,** shall promptly appear before this Court through a

1

representative from the General Counsel Office or equivalent for that agency or department, fully authorized to represent the subject agency or department, to SHOW CAUSE as to why this Court's deadline has not been met.

It is further ORDERED that the defense shall file pretrial motions as contemplated by Federal Rule of Criminal Procedure 12(b)(3) ("Pretrial Motions") by **March 13, 2015.** Any response by government shall be filed by **March 27, 2015.** Any reply by the defense shall be filed by **April 3, 2015.**

It is further ORDERED that a pretrial motions hearing is scheduled to begin at **9:30 a.m. on April 13, 2015.**

Pursuant to 18 U.S.C. § 3161(h)(7), this Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. To be precise, based upon the representations of the parties, the Court is mindful that the ongoing discovery process in this complex case involves the government's efforts in gathering and processing a significant amounts of information from a variety of federal agencies. As some of this information is classified, additional levels of review and care must be exercised by the government, defense, and the Court. Following the production of discovery, the defense must have sufficient time to review and assess the discovery to prepare for pursuing any pretrial motions in this matter. Finally, the disposition of any pretrial motions by the Court will further impact how this case will be resolved, and the volume of evidence that may, or may not, be available to either side at trial. Under these circumstances, the ends of justice demand a continued extension of the Speedy Trial clock. Accordingly, it is further ORDERED that the current TRIAL DATE in this case is

hereby SUSPENDED. This Court will establish a new trial date at the conclusion of the pretrial motions hearing.

It is further ORDERED that the dates established by this order may be modified upon motion by either party for good cause shown.

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                      /s/
                                      Henry E. Hudson
                                      United States District Judge

Date: Dec 22, 2014
Richmond, Virginia