IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

UNITED STATES OF AMERICA )
)
v. )
) Case No. 3:14CR140–HEH
IREK ILGIZ HAMIDULLIN, )
a/k/a Irek Ilgiz Khamidullah, )
)
Defendant. )

## ORDER
(Motions to Dismiss Indictment)

THIS MATTER is before the Court on Defendant Irek Ilgiz Hamidullin's (the Defendant") Motion to Dismiss Indictment and Motion to Dismiss Indictment Based on Due Process Concerns, Notice and Jurisdictional Defects (ECF Nos. 62, 68) (collectively, "Motions"), filed on May 4, 2015. For all the reasons set forth in the accompanying Memorandum Opinion, the Defendant's Motions are DENIED.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: July 13 2015
Richmond, Virginia