**CRIMINAL TRIAL PROCEEDINGS**
MINUTE SHEET

DATE: 8-6-2015

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>UNITED STATES OF AMERICA<br>v.<br>IREK ILGIZ HAMIDULLIN | CRIMINAL NO:  3:14CR00140-001<br><br>JUDGE:  HUDSON<br><br>CT REPORTER:  LISCIO, OCR |

MATTER COMES ON FOR:    JURY TRIAL ( ✓ )    BENCH TRIAL (   )

**Day 6**

APPEARANCES:    GOV'T __James P. Gillis, AUSA; Michael R. Gill, AUSA; Jennifer E. Levy, DOJ__
DEFT __Robert J. Wagner, AFPD; Paul G. Gill, AFPD; Claire G. Cardwell, Esq.__
RUSSIAN INTERPRETERS __Aviva Lekuch and Ilya Lekuch__
JURY PRESENT ( ✓ )

BAIL STATUS:    DEFENDANT ON BOND (   )    DFT. INCARCERATED ( ✓ )

**TRIAL PROCEEDINGS:**
JURY SWORN & EXAMINED ON VOIR DIRE (   ) JURY EMPANELED & SWORN TO TRY ISSUE (   )
WITNESSES EXCLUDED ON MOTION OF:  GOV'T (   ) DEFENDANT (   )  COURT (   )
OPENING STATEMENTS MADE (   )    OPENING WAIVED (   )
GOVERNMENT ADDUCED EVIDENCE ( ✓ ) RESTED ( ✓ ) MOTION ( ✓ ) Ⓐ _____
DEFENDANT ADDUCED EVIDENCE ( ✓ ) RESTED ( ✓ ) MOTION (   ) _____
REBUTTAL EVIDENCE ADDUCED ( ✓ ) Ⓑ SUR-REBUTTAL EVIDENCE ADDUCED (   )
EVIDENCE CONCLUDED ( ✓ ) Ⓒ ARGUMENTS OF COUNSEL HEARD (   )
JURY CHARGED BY THE COURT ( ✓ )    ALTERNATE JUROR DISCHARGED (   )
OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY:
     DEFENDANT (   )    GOVERNMENT (   )    NONE NOTED ( ✓ ) Ⓓ
JURY RETIRED (   ) at _____ a.m./p.m.    INQUIRIES OF THE JURY RECEIVED/ANSWERED (   )
JURY RETURNED VERDICT OF:    GUILTY AS CHARGED IN _____ (   )
                             NOT GUILTY AS CHARGED IN _____ (   )
JURY UNABLE TO AGREE (   )    MISTRIAL DECLARED (   )    JURY DISCHARGED (   )
JUDGMENT:  DEFENDANT _____ AS CHARGED IN _____ (   )
PSR ORDERED (   ) or WAIVED BY THE DEFENDANT (   )    SGO ENTERED (   )

CASE CON'T TO: __August 7__, 20__15__ AT __9:00 AM__ FOR __Jury Trial, Day 7__ ( ✓ )

DEFENDANT CONTINUED ON PRESENT BOND (   )    DEFENDANT REMANDED TO CUSTODY ( ✓ )

ALL EXHIBITS RETURNED TO COUNSEL (   ) _____

FURTHER NOTATIONS: __See page 2__

SET: __9:30__ BEGAN: __9:36__    ENDED: __5:03__    TIME IN COURT: __5__ HRS __17__ MIN.

**PAGE TWO (2)**

**MINUTE SHEET, CON'T.**
United States of America v. Irek Ilgiz Hamidullin
Criminal Action No. 3:14CR00140-HEH
August 6, 2015

FURTHER NOTATIONS:

[A]    Defendant's oral motion under Rule 29 made at the Bench.
       Motion taken under advisement by the Court.

[B]    Defendant's oral motion under Rule 29 made outside presence of jury.
       Argument heard.
       Findings given from the Bench; motion denied.

[C]    Jury charge conference held; objections heard.

[D]    Exhibits admitted into evidence by the Government and Defendant read into
       the record by Clerk.

Recesses    10:58 a.m. – 11:15 a.m.
            12:52 p.m. – 2:00 p.m.
            2:23 p.m. – 2:53 p.m.
            3:57 p.m. – 4:12 p.m.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN   DISTRICT OF   VIRGINIA

UNITED STATES OF AMERICA
V.
IREK ILGIZ HAMIDULLIN

**EXHIBIT AND WITNESS LIST**

Case Number:  3:14CR00140-HEH

| PRESIDING JUDGE HUDSON | | | | | PLAINTIFF'S ATTORNEY J. Gillis / M. Gill / J. Levy | DEFENDANT'S ATTORNEY R. Wagner / P. Gill / C. Cardwell |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 8/6/2015 | | | | | COURT REPORTER K. Liscio, OCR | COURTROOM DEPUTY Pizzini |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | GOVERNMENT | |
| 181 | | 8/6/15 | | ✓ | Barclay Adams (recall) | |
| | | | | ✓ | Stipulation – read into record by AUSA, includes Gov't Exs 276, 288, 289 | |
| | | | | | | |
| | | | | | DEFENDANT | |
| | 24 | | | ✓ | Marc Sageman (rec'd as expert) (cross) | |
| | 37 | | | ✓ | (redirect)  Sageman cv | |
| | 38 | | | ✓ | Letter | |
| | 39-42 | | | ✓ | Stipulations – read into record by counsel | |
| | | | | | GOV'T – Rebuttal Barclay Adams (cross) | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___|___ Pages