

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:14CR140–HEH |
| IREK ILGIZ HAMIDULLIN, | ) |
| a/k/a Irek Ilgiz Khamidullah, | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

### Count One
### (Conspiracy to Provide Material Support to Terrorists)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

__Guilty__ of Conspiracy to Provide Material Support to Terrorists as
**(Guilty or Not Guilty)**

charged in Count One of the Second Superseding Indictment.

If you find the Defendant "Guilty" of the offense charged in Count One, then answer the following question.

We, the jury, unanimously find that death __Did__ result from
**(Did or Did Not)**
this offense.

1

## Count Two
### (Providing Material Support to Terrorists)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

__Guilty__ of Providing Material Support to Terrorists as charged in Count
(Guilty or Not Guilty)

Two of the Second Superseding Indictment.

If you find the Defendant "Guilty" of the offense charged in Count Two, then answer the following question.

We, the jury, unanimously find that death __Did__ result from
(Did or Did Not)
this offense.

## Count Three
### (Conspiracy to Destroy an Aircraft of the Armed Forces of the United States)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

__Guilty__ of Conspiracy to Destroy an Aircraft of the Armed Forces of the
(Guilty or Not Guilty)

United States as charged in Count Three of the Second Superseding Indictment.

## Count Four
### (Attempt to Destroy an Aircraft of the Armed Forces of the United States)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

__Guilty__ of Attempt to Destroy an Aircraft of the Armed Forces of the
(Guilty or Not Guilty)

United States as charged in Count Four of the Second Superseding Indictment.

## Count Five
### (Conspiracy to Kill an Officer or Employee of the United States or a Person Assisting Such Officer or Employee)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

__Guilty__ of Conspiracy to Kill an Officer or Employee of the United
**(Guilty or Not Guilty)**

States or a Person Assisting Such Officer or or Employee, as charged in Count Five of

the Second Superseding Indictment.

If you find the Defendant guilty of Count Five, please specify whether the victims

were:

[X] Afghan Border Police at Camp Leyza; and/or

[X] U.S. military personnel operating helicopters that responded to the attack.

## Count Six
### (Attempt to Kill an Officer or Employee of the United States or a Person Assisting Such Officer or Employee)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

__Guilty__ of Attempt to Kill an Officer or Employee of the United States
**(Guilty or Not Guilty)**

or a Person Assisting Such Officer or Employee, as charged in Count Six of the Second

Superseding Indictment.

If you find the Defendant guilty of Count Six, please specify whether the victims

were:

[X]     Afghan Border Police at Camp Leyza; and/or

[X]     U.S. military personnel operating helicopters that responded to the attack.

3

## Count Seven
### (Attempt to Kill an Officer or Employee of the United States or a Person Assisting Such Officer or Employee)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

_Guilty_ of Attempt to Kill an Officer or Employee of the United States
**(Guilty or Not Guilty)**

or a Person Assisting Such Officer or Employee, as charged in Count Seven of the Second Superseding Indictment.

If you find the Defendant guilty of Count Seven, please specify whether the victims were:

[X] Afghan Border Police assisting the U.S. military personnel to conduct a battle damage assessment in the area of the attack; and/or

[X] U.S. military personnel conducting a battle damage assessment in the area of the attack.

## Count Eight
### (Conspiracy to Murder a National of the United States)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

_Guilty_ of Conspiracy to Murder a National of the United States as
**(Guilty or Not Guilty)**

charged in Count Eight of the Second Superseding Indictment.

4

## Count Nine
### (Attempt to Murder a National of the United States)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

__Guilty__ of Attempt to Murder a National of the United States as charged
**(Guilty or Not Guilty)**

in Count Nine of the Second Superseding Indictment.

## Count Ten
### (Attempt to Murder a National of the United States)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

__Guilty__ of Attempt to Murder a National of the United States as charged
**(Guilty or Not Guilty)**

in Count Ten of the Second Superseding Indictment.

## Count Eleven
### (Engaging in Physical Violence with Intent to Cause Serious Bodily Injury to a National of the United States)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

__Guilty__ of Engaging in Physical Violence with Intent to Cause Serious
**(Guilty or Not Guilty)**

Bodily Injury to a National of the United States as charged in Count Eleven of the

Second Superseding Indictment.

5

## Count Twelve
### (Engaging in Physical Violence with Intent to Cause Serious Bodily Injury to a National of the United States)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH, __Guilty__ of Engaging in Physical Violence with Intent to Cause Serious
(Guilty or Not Guilty)

Bodily Injury to a National of the United States as charged in Count Twelve of the Second Superseding Indictment.

## Count Thirteen
### (Conspiracy to Use a Weapon of Mass Destruction)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH, __Guilty__ of Conspiracy to Use a Weapon of Mass Destruction as charged in
(Guilty or Not Guilty)

Count Thirteen of the Second Superseding Indictment.

If you find the Defendant "Guilty" of the offense charged in Count Thirteen, then answer the following question.

We, the jury, unanimously find that death __Did__ result from
(Did or Did Not)
this offense.

6

## Count Fourteen

### (Possession of a Firearm in Connection with a Crime of Violence)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH,

__Guilty__ of Possession of a Firearm in Connection with a Crime of Violence
**(Guilty or Not Guilty)**

as charged in Count Fourteen of the Second Superseding Indictment.

If you find the Defendant "Guilty" of the offense charged in Count Fourteen, then answer the following questions.

We, the jury, unanimously find that the Defendant __Did__ brandish
**(Did or Did Not)**
a firearm in connection with this offense.

We, the jury, unanimously find that the Defendant __Did__ discharge
**(Did or Did Not)**
a firearm in connection with this offense.

We, the jury, unanimously find that the Defendant __Did__ possess
**(Did or Did Not)**
a **machine gun** in connection with this offense.

We, the jury, unanimously find that the Defendant __Did__ possess
**(Did or Did Not)**
a **destructive device** in connection with this offense.

7

## Count Fifteen
### (Conspiracy to Possess a Firearm in Connection with a Crime of Violence)

We, the jury, unanimously find the Defendant, IREK ILGIZ KHAMIDULLAH, _Guilty_ of Conspiracy to Possess a Firearm in Connection with a Crime of
**(Guilty or Not Guilty)**

Violence as charged in Count Fifteen of the Second Superseding Indictment.

If you find the Defendant "Guilty" of the offense charged in Count Fifteen, then answer the following questions.

We, the jury, unanimously find that the Defendant _Did_ conspire
**(Did or Did Not)**
to possess a **machine gun** in connection with this offense.

We, the jury, unanimously find that the Defendant _Did_ conspire
**(Did or Did Not)**
to possess a **destructive device** in connection with this offense.

So, Say We All, this _7th_ day of August, 2015.

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

_____
FOREPERSON

8