united states district court for the eastern district of virginia

when I was captured on the battlefield of Afganistan by afgan puppet government armed forces and handed to their amer. buddies I had not passport, no any document of identity. Thus, c.i.a recorded my name using diverse sources, including russian media. While living in russia I frequently attemted to correct my name, but resultlessly because of russian imperial character of laws. Here I also, attempted to correct my name through past attorneys, resultless as well. My real name: Irek Ilgiz HamiduLLAH. russian imperial bureaucracy hate such a name, because the four last letters is the name of the Divinity, they overtly anounced that & follow their imperial policies in every aspects & branches of their imperial administrative structure. You hypocritically claim the democracy, the follow of international rule, respect of humane rights, but hiddenly you blackly hate Islam & its adherents, openly showing that by illegally imprisoning me in your morally decayed country & refusing to correct my name in the documents of my case. I write this message just as am obliged by single true religion to apply my utmost attempts to reach my positive goal. My real name: Irek Ilgiz HamiduLLAH, I demand it to be recorded in my case correctly.

RECEIVED
MAILROOM
- 6 2019
CLERK

HamiduLLAH, 84991-083, H-301, ADX.

**BP-229 RESPONSE** **Case Number: 983019-F1**

Your Request for Administrative Remedy dated June 14, 2019, and received in the Administrative Remedy office June 18, 2019, has been reviewed. You state that the last name used in your inmate records is incorrectly spelled and relies on incorrect foreign documents about you. As relief, you request that your correct name be used.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The results of the review revealed that Program Statement 5800.15, Correctional Systems Manual, Section 402(d), states, "[t]he name entered on the Judgment in a Criminal Case (J&C) is considered the committed name to be used by the inmate, as well as the Bureau of Prisons (BOP). The BOP database must reflect the committed name, which may only be changed by an order from the Federal sentencing court." The name in your J&C is the name that is used by the BOP and has been entered into the BOP database. Pursuant to applicable policy, any name change must be made by order of the sentencing court (United States District Court for the Eastern District of Virginia). You may petition the court if you wish to seek a name change.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

C Sotto (FO)
Andre Matevousian, Complex Warden

7.12.19
Date

**BP-229 RESPONSE** **Case Number: 983019-F1**

Your Request for Administrative Remedy dated June 14, 2019, and received in the Administrative Remedy office June 18, 2019, has been reviewed. You state that the last name used in your inmate records is incorrectly spelled and relies on incorrect foreign documents about you. As relief, you request that your correct name be used.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The results of the review revealed that Program Statement 5800.15, Correctional Systems Manual, Section 402(d), states, "[t]he name entered on the Judgment in a Criminal Case (J&C) is considered the committed name to be used by the inmate, as well as the Bureau of Prisons (BOP). The BOP database must reflect the committed name, which may only be changed by an order from the Federal sentencing court." The name in your J&C is the name that is used by the BOP and has been entered into the BOP database. Pursuant to applicable policy, any name change must be made by order of the sentencing court (United States District Court for the Eastern District of Virginia). You may petition the court if you wish to seek a name change.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

C Sotto (FO) 7.12.19

Andre Matevousian, Complex Warden Date

**BP-229 RESPONSE** **Case Number: 983019-F1**

Your Request for Administrative Remedy dated June 14, 2019, and received in the Administrative Remedy office June 18, 2019, has been reviewed. You state that the last name used in your inmate records is incorrectly spelled and relies on incorrect foreign documents about you. As relief, you request that your correct name be used.

A review of the issues raised in your Request for Administrative Remedy has been conducted. The results of the review revealed that Program Statement 5800.15, Correctional Systems Manual, Section 402(d), states, "[t]he name entered on the Judgment in a Criminal Case (J&C) is considered the committed name to be used by the inmate, as well as the Bureau of Prisons (BOP). The BOP database must reflect the committed name, which may only be changed by an order from the Federal sentencing court." The name in your J&C is the name that is used by the BOP and has been entered into the BOP database. Pursuant to applicable policy, any name change must be made by order of the sentencing court (United States District Court for the Eastern District of Virginia). You may petition the court if you wish to seek a name change.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. In the event you are not satisfied with this response and wish to appeal, you may do so within 20 calendar days of the date of this response by submitting a BP-230(13) to the Regional Director, Federal Bureau of Prisons, North Central Regional Office, Gateway Complex, Tower II, 8th Floor, 400 State Avenue, Kansas City, Kansas 66101-2492.

C Scotto (FD)
Andre Matevousian, Complex Warden

7.12.19
Date

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Hamidullin Irek I — 84991-083 — H-302 —

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

**Part A- INMATE REQUEST** I have no passport. russian embassy in Pakistan refused to give my passport to department of internal affairs of Pak-n, when latter wanted to extradite to expel me to russia, in order to prevent my return to russia & they achieved their goal. Thus, my last name was written according to my dossier in c.i.a, which never saw my passport & in its turn, wrote my last name from russian newspapers. You respect dead pieces of papers & disparage & derogate human beings & their wills. name of my grand grand father was "Hamidullah". Thus, I am Irek Ilgiz HamidullAh. Last four letters are the name of the Divinity, russian imperial government distorts the Divinity's name, insults national minorityes in rus-n empire. You are doing the same, hypocritically claiming democracy & human rights respect. I know my correct name, not your russian infidel brothers, thus I have right to bear my correct name & demand that.

~~Irek~~ 14 june 2019 — Irek

DATE — SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RCVD 6/18/19

DATE — WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE** CASE NUMBER: 983019-F1

CASE NUMBER:

**Part C- RECEIPT**

Return to:

LAST NAME, FIRST, MIDDLE INITIAL — REG. NO. — UNIT — INSTITUTION

SUBJECT:

DATE — RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN — PRINTED ON RECYCLED PAPER — BP-229(13) APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** [illegible] Jack [illegible] | 84991-083 | A-302 |
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST** I have no passport. Russian embassy in Pakistan [illegible] to give my passport to department of internal affairs of Pakistan [illegible] [illegible] my last name [illegible] my passport [illegible] last name from foreign newspapers [illegible] human beings [illegible] name of my grandfather was "Hamidullah". Thus I am [illegible] called as the name of Jack [illegible] Hamidullah [illegible] [illegible] I know my correct [illegible] I have right to [illegible] my correct name [illegible] [illegible] Jack

[illegible] June 2019

DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RCVD 6/18/19

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**SECOND COPY: RETURN TO INMATE**

**CASE NUMBER:** [illegible]

**CASE NUMBER:**

**Part C- RECEIPT**

Return to:
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT:

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ______ LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A- INMATE REQUEST**

DATE

SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RCVD 6/18/19

DATE

WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**THIRD COPY: RETURN TO INMATE**

CASE NUMBER: ______

CASE NUMBER: ______

**Part C- RECEIPT**

Return to: ______ LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE

RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN

PRINTED ON RECYCLED PAPER

BP-229(13)
APRIL 1982

# FEDERAL CORRECTIONAL COMPLEX
# FLORENCE, COLORADO
# INFORMAL RESOLUTION FORM

***Notice to Inmate: Inmates have the responsibility to use this Program in Good Faith and in an Honest and Straightforward manner.***

Inmate Name: Hamidullin　　Reg. No.: 84991-083

Unit: H-302　　Date: 31. may 2019

NOTICE TO INMATE: Be advised, normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. **State your complaint (single complaint or a reasonable number of closely related issues):** Four years subsequently, I am trying to correct my last, but resultlessly. Claiming falsely democracy, you don't allow to person correct his name. My correct name name of my tribe is Hamidullah. That russian government who distorted my last name applying on it russian grammatical rules.

   **(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits, as exhibits will not be returned with the BP-229(13) response.)**

2. **State what resolution you expect:** I need my last name to be corrected and written in all documents & files by correct way = Hamidullah

Inmate's Signature: [signature]　　Date: 31. may 2019

Counselor's Signature: [signature]　　Date: 5/31/19

Department Involved: ____　　Date Assigned: ____　　Due Date: ____

Department's Response regarding Complaint: Your name in the system goes off of your committed name. The name on your file and door tag is taken from your PSI and J&C. Paperwork.

Department Head Signature: ____　　Date: ____

Unit Manager's Review: [signature]　　Date: 6/10/19

Informally Resolved: ____　　Date: ____

| | BP-8 ISSUED to Inmate | BP-8 RETURNED to Counselor | BP-9 ISSUED to Inmate | BP-9 RETURNED to Counselor | REMEDY CLERK |
|---|---|---|---|---|---|
| DATE | 5/30/19 | 5/31/19 | 6/13/19 | 6/17/19 | 6/18 |
| TIME | | | | | |
| COUNSELOR | [initials] | [initials] | [initials] | [initials] | [initials] |

# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
Richmond Division

UNITED STATES OF AMERICA

v.

~~IREK ILGIZ HAMIDULLIN~~,
a/k/a Irek Ilgiz Khamidullah,
Defendant.

Case Number: 3:14CR00140-001

USM Number: 84991-083

Defendant's Attorneys: Robert J. Wagner, Esq., Paul G. Gill, Esq., and Claire G. Cardwell, Esq.

## JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty on Counts 1-15 of the Second Superseding Indictment after pleas of not guilty. Accordingly, the defendant is adjudged guilty of the following counts involving the indicated offenses:

| Title and Section | Nature of Offense | Offense Class | Offense Ended | Count |
|---|---|---|---|---|
| 18 U.S.C. § 2339A | Conspiracy To Provide Material Support to Terrorists | Felony | 11/29/2009 | 1 |
| 18 U.S.C. § 2339A and 2 | Providing Material Support to Terrorists | Felony | 11/29/2009 | 2 |
| 18 U.S.C. § 32 | Conspiracy To Destroy an Aircraft of the Armed Forces of the United States | Felony | 11/29/2009 | 3 |
| 18 U.S.C. § 32 and 2 | Attempt To Destroy an Aircraft of the Armed Forces of the United States | Felony | 11/29/2009 | 4 |
| 18 U.S.C. § 1117 | Conspiracy To Kill an Officer or Employee of the United States or a Person Assisting Such Officer or Employee | Felony | 11/29/2009 | 5 |
| 18 U.S.C. § 1114 and 2 | Attempt To Kill an Officer or Employee of the United States or a Person Assisting Such Officer or Employee | Felony | 11/29/2009 | 6 |
| 18 U.S.C. § 1114 | Attempt To Kill an Officer or Employee of the United States or a Person Assisting Such Officer or Employee | Felony | 11/29/2009 | 7 |
| 18 U.S.C. § 2332(b) | Conspiracy To Murder a National of the United States | Felony | 11/29/2009 | 8 |
| 18 U.S.C. § 2332(b) and 2 | Attempt To Murder a National of the United States | Felony | 11/29/2009 | 9 |

FILED
IN OPEN COURT
APR 23 2015
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:14cr140 |
| | Count One, 18 U.S.C. § 2339A (Conspiracy To Provide Material Support to Terrorists) |
| v. | |
| IREK ILGIZ HAMIDULLIN, | Count Two, 18 U.S.C. § 2339A (Providing Material Support to Terrorists) |
| Defendant | |
| | Counts Three & Four, 18 U.S.C. §§ 32 & 2 (Conspiracy & Attempt To Destroy an Aircraft of the Armed Forces of the United States) |
| | Counts Five through Seven, 18 U.S.C. §§ 1117, 1114, & 2 (Conspiracy & Attempt To Kill an Officer or Employee of the United States or a Person Assisting Such Officer or Employee) |
| | Counts Eight through Ten, 18 U.S.C. §§ 2332(b) & 2 (Conspiracy & Attempt To Murder a National of the United States) |
| | Counts Eleven through Twelve, 18 U.S.C. §§ 2332(c) & 2 (Engaging in Physical Violence with Intent To Cause Serious Bodily Injury to a National of the United States) |
| | Count Thirteen, 18 U.S.C. § 2332a (Conspiracy To Use a Weapon of Mass Destruction) |
| | Counts Fourteen & Fifteen, 18 U.S.C. §§ 924(c) & (o) (Possession of & Conspiracy To Possess a Firearm in Connection with a Crime of Violence) |

SECOND SUPERSEDING INDICTMENT

April 2015 Term - At Alexandria

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Hamidullin, Irek Ilgiz | 84991-083 | H-302 | OPX.
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

My case is different:
1. I am not amer-n citizen, your internal laws are not applied on me
2. You have not my passport in your hands, you wrote my name by inf-n of f.b.i..cia.... So my requirement is more deserve to be taken into account than their's inf-n
3. Your flagrant hypocrisy is apparently shown in your response again. Where is my right for my name? Where is you constitutional promise to regard my rights

19 july 2019
DATE

Hamidullin
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: ____________

**Part C - RECEIPT**

CASE NUMBER: ____________

Return to: ____________
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ____________

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: Hamidullin, Irek Ilgiz — LAST NAME, FIRST, MIDDLE INITIAL | 84991-083 — REG. NO. | H-302 — UNIT | ADX. — INSTITUTION

**Part A - REASON FOR APPEAL**

My case is different:
1. I am not amer-n citizen, your internal laws are not applied on me
2. You have not my passport in your hands, you wrote my name by inf-n of f.b.i. cia,... So my requirement is more deserve to be taken into account than their's inf-n
3. Your flagrant hypocrisy is apparently shown in your response again. Where is my right for my name? Where is you constitutional promise to regard my rights

19 july 2019 — DATE

Hamidullin — SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

FIRST COPY: REGIONAL FILE COPY

CASE NUMBER: ______

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______ LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ______

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: [illegible], [illegible] | 84991-083 | A1-302 | ADX
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A - REASON FOR APPEAL**

My case is different:
1. I am not american citizen, your internal law [illegible] not applied on me
2. You have not my passport in your hands, you wrote my name by [illegible] of F.B.I. [illegible]... So my requirement is more adequate to be taken into account than [illegible] info
3. Your flagrant hypocrisy is apparently shown in your [illegible] against [illegible] my rights, [illegible] my name [illegible] is [illegible] constitutional [illegible] to [illegible] my rights.

1st July 2019
DATE

Hamidullin
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE

CASE NUMBER: ________

**Part C - RECEIPT**

CASE NUMBER: ________

Return to: ________
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: ________

DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

USP LVN

BP-230(13)
JUNE 2002

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: ______ LAST NAME, FIRST, MIDDLE INITIAL ______ REG. NO. ______ UNIT ______ INSTITUTION

**Part A - REASON FOR APPEAL**

[illegible]

DATE ______ SIGNATURE OF REQUESTER ______

**Part B - RESPONSE**

DATE ______ REGIONAL DIRECTOR ______

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

THIRD COPY: WARDEN'S ADMINISTRATIVE REMEDY FILE CASE NUMBER: ______

**Part C - RECEIPT**

CASE NUMBER: ______

Return to: ______ LAST NAME, FIRST, MIDDLE INITIAL ______ REG. NO. ______ UNIT ______ INSTITUTION

SUBJECT: ______

DATE ______ SIGNATURE, RECIPIENT OF REGIONAL APPEAL ______

USP LVN

BP-230(13)
JUNE 2002